UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

NURAH ARAFAT,

        Plaintiff

v.

CREDIT MANAGEMENT SYSTEMS,

        Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-cv-00037

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of the Defendant, Credit Management Systems and against the Plaintiff, Nurah Arafat. The above-entitled action is dismissed.

Date: November 16, 2011

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk